STATE v. JOE SPRUILL.

(Filed 17 September, 1958.)

APPEAL by defendant from *Stevens, J.,* March Term, 1958 of CHOWAN.

The defendant was tried upon a bill of indictment charging that he did unlawfully, wilfully, and feloniously receive certain stolen goods, to wit, a quantity of cigarettes of a value in excess of $100.00, knowing at the time that the cigarettes had been stolen.

The jury returned a verdict of guilty, and from the judgment imposed the defendant appeals, assigning error.

*Attorney General Seawell, Asst. Attorney General Bruton for the State.*

*Robert B. Lowry, McMullan, Aydlett & White for defendant.*

PER CURIAM. The defendant's sole assignment of error is based on his exception to the refusal of the court below to sustain his motion for judgment as of nonsuit.

A review of the evidence leads us to the conclusion that it was sufficient to warrant its submission to the jury. Hence, the ruling of the court below is

Affirmed.